FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 09, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAZMINE RENEA HART,<br><br>Defendant. | No. 1:24-CR-02027-SAB-19<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 486** |

On Monday, July 8, 2024, the Court conducted a hearing on Defendant's Motion to Modify Conditions of Release (ECF No. 486). Defendant was represented by court-appointed attorney Bryan Whitaker. Assistant United States Attorney Caitlin Baunsgard represented the United States.

Defendant requests that the Court modify Special Condition No. 3 to allow her to show her newborn child to her husband and father, both of whom are codefendants and in custody, via video teleconference. ECF No. 3. The United States Attorney's Office and the United States Probation/Pretrial Services Office have no objection to permitting one such visit with each individual, so long as the visits are monitored by law enforcement. *Id.*

ORDER - 1

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 486**) is **GRANTED IN PART AND DENIED IN PART**.

2. **Special Condition No. 3 (ECF No. 361) shall be TEMPORARILY MODIFIED** in its entirety **to permit ONE video visit each with her husband, Jesus Mirelez, and her father, Javier Hart**.

3. **The parties may file a draft order with agreed upon terms for the visits on the Court's consent docket. If the parties cannot agree, the matter can be re-noted by either party for further argument.**

4. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED July 9, 2024.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2