FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 10, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAZMINE RENEA HART,<br><br>Defendant. | No. 1:24-CR-02027-SAB-19<br><br>ORDER DENYING DEFENDANT'S SUPPLEMENTAL MOTION TO MODIFY CONDITIONS OF RELEASE AND STRIKING HEARING<br><br>**ECF No. 1240** |

Before the Court is Defendant's Supplemental Motion to Modify Conditions of Release (ECF No. 1240). Defendant was represented by court-appointed attorney Bryan Whitaker on the motion. Defendant requests that the Court allow her to have contact with her codefendant husband, Jesus Mirelez. ECF No. 1240. Counsel asserts that the basis for the motion is the same as Defendant's prior motion (ECF No. 1145), except that Defendant will be entering a guilty plea on November 12, 2025. ECF No. 1240.

A guilty plea does not change the analysis. For the reasons described in the Court's prior order denying Defendant's first motion, the contact prohibition between Defendant and her husband is necessary to reasonably assure the safety of the community under 18 U.S.C. § 3142(f). However, after Defendant is sentenced,

ORDER - 1

Defendant will be subject to conditions of sentence rather than this Court's pretrial conditions.

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 1240**) is **DENIED**.

2. The **Motion Hearing** set for November 12, 2025, at 11:15 AM is **STRICKEN**.

**IT IS SO ORDERED.**

DATED November 10, 2025.

_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2